IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Bryant Braxton, | C/A No.: 3:21-3649-JFA-SVH |
| Plaintiff, | |
| vs. | ORDER |
| Leon Lott; Mike Wenzell; Jason Cuzzupe; and D. McRoberts, | |
| Defendants. | |

This matter comes before the court on the motion [ECF No. 17] of Bryant Braxton ("Plaintiff") to compel Leon Lott, Mike Wenzell, Jason Cuzzupe, and D. McRoberts ("Defendants") to produce responses to Plaintiff's Interrogatories and Requests for Production ("Discovery Requests"), which are attached to Plaintiff's motion at ECF No. 17-1 and 17-2.

The motion indicates the Discovery Requests were first served on Plaintiff on November 12, 2021. After granting Defendants extensions to respond to the Discovery Requests, Plaintiff had not received written responses by May 27, 2022, the date Plaintiff filed his motion to compel.

In light of the foregoing, the court grants Plaintiff's motion to compel. Defendants are directed to provide responses to the Discovery Requests by June 20, 2022. Because Defendants failed to timely respond to the Discovery

1

Requests, any and all objections are deemed waived under Fed. R. Civ. P. 33(b)(4). Defendants are advised that failure to comply with the court's order may result in sanctions, including payment of Plaintiff's attorneys' fees and costs in preparing such motions.

    IT IS SO ORDERED.

June 6, 2022                                          Shiva V. Hodges
Columbia, South Carolina                 United States Magistrate Judge